**No. 10-8541. Jimmy D. Rios, Petitioner v. Boyd Bennett, et al.**

563 U.S. 906, 131 S. Ct. 1787, 179 L. Ed. 2d 659, 2011 U.S. LEXIS 2585.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 248.

**No. 10-8557. Matthew Marshall, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 906, 131 S. Ct. 1809, 179 L. Ed. 2d 659, 2011 U.S. LEXIS 2563.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 610 F.3d 576.

**No. 10-8564. Albert Bailey Crosby, Petitioner v. Court of Common Pleas of Pennsylvania, Philadelphia County.**

563 U.S. 906, 131 S. Ct. 1788, 179 L. Ed. 2d 659, 2011 U.S. LEXIS 2419.

March 28, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 607 Pa. 308, 5 A.3d 816.

**No. 10-8566. Jermaine Michael Dean, Petitioner v. California.**

563 U.S. 906, 131 S. Ct. 1788, 179 L. Ed. 2d 659, 2011 U.S. LEXIS 2442.

March 28, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

**No. 10-8574. Kevin O. Hooks, Petitioner v. Steven Dotson, Warden.**

563 U.S. 906, 131 S. Ct. 1788, 179 L. Ed. 2d 659, 2011 U.S. LEXIS 2574.

March 28, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Western Division, denied.

**No. 10-8575. Derrick Hampton, Petitioner v. Linda Metrish, Warden.**

563 U.S. 907, 131 S. Ct. 1809, 179 L. Ed. 2d 659, 2011 U.S. LEXIS 2480.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8579. Ernest D. Suggs, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 907, 131 S. Ct. 1809, 179 L. Ed. 2d 659, 2011 U.S. LEXIS 2539.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 609 F.3d 1218.